**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DONALD L. BURGE**                                                                              **PLAINTIFF**

**v.**                                              **Case No. 3:25-cv-00130-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                          **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Commissioner's decision is AFFIRMED.  Judgment is entered in favor of

the Commissioner.

IT IS SO ADJUDGED this 9th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE